UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

        v.        11-mc-20-JL

<u>David E. Duhamel</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated June 14, 2011, no objection having been filed. The taxpayer, David E. Duhamel is hereby ordered to obey the summons and to appear on August 8, 2011, at 9:00 a.m. at the IRS Office located at 1000 Elm Street, Suite 900, Manchester, NH, before Revenue Officer Peter Lighthall (or any other authorized Revenue Officer of the IRS) to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of January 28, 2011. It is further ordered that the government be awarded its costs.

SO ORDERED.

July  5 ,  2011                              /s/ Joseph N. Laplante
                                             Joseph N. Laplante
                                             United States District Judge


cc:    Gretchen Leah Witt, AUSA
        David E. Duhamel